■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRA PHILLIPS, Appellant. [832 NYS2d 802]—Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered February 18, 2005, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of 1 to 3 years, unanimously affirmed.

The verdict was not against the weight of the evidence. There

is no basis for disturbing the jury's determinations concerning credibility, including its resolution of alleged inconsistencies in police testimony (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.